# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DEAUNDRA BILLINGSLEY,

    Plaintiff,

v.                                        No. 2:20-cv-02570-MSN-tmp

CHRISTOPHER TRACY, JUSTIN VAZEII,
PRENTISS JOLLY, MICHAEL W. RALLINGS,
and the CITY OF MEMPHIS, TENNESSEE,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed August 5, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant City of Memphis' Motion to Dismiss, Granting Defendant City of Memphis' Motion to Exclude Expert Opinions, Denying as Moot Defendant Vazeii's Motion to Dismiss, and Denying as Moot the Parties' Joint Motion to Stay, (ECF No. 58), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:     September 30, 2021